UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 SEP 10 PM 2:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> HOME CAPITAL FUNDING, <br><br> Defendant. | CASE NO. 3:09-CV-0859-WQH-BLM <br><br> DEFAULT JUDGMENT |

Pursuant to and in accordance with the Court's September 7, 2010 Order, it is

ORDERED AND ADJUDGED that default judgment is hereby entered in favor of Plaintiff Lehman Brothers Holdings, Inc. and against Defendant Home Capital Funding in the total amount of $2,264,722.44. It is further

ORDERED AND ADJUDGED that post-judgment interest shall accrue on the total amount of $2,264,722.44 at the legal rate of .25% per annum from the date of entry of judgment.

DATED: 9/10/10

_____
Honorable William Q. Hayes
U.S. District Judge

- 1 -
DEFAULT JUDGMENT